IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-41-GF-BMM |
| Plaintiff, | |
| vs. | |
| BRIAN DOUGLAS EAGLE, | |
| Defendant. | |

On August 30, 2018, the undersigned granted Defendant, Brian Eagle's (Eagle) Motion for a Psychiatric Exam in open court, (Doc. 48). On October 29, 2018, the Court received notice from Bret Dorethy, Acting Warden at Metropolitan Detention Center, Los Angeles, California, where Eagle is being evaluated, requesting a 15-day extension of the evaluation.

Accordingly, **IT IS ORDERED** that a 15-day extension of the evaluation of Eagle is **GRANTED**. The study period will begin on November 5, 2018 and the final report submitted to the Court no later than November 26, 2018.

DATED this 7th day of November, 2018.

John Johnston
United States Magistrate Judge